Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED & RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### District of Idaho
2018 FEB -5 PM 12:15

US COURTS
COEUR DALENE, ID

_____ Division

| | |
|---|---|
| CHARLES LEE GILLENWATER | Case No. 2:18-cv-57-DCN |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| SENIOR JUDGE SUKO; AUSA OHMS; FRANK CIKUTOVICH | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Lee Gillenwater |
| Street Address | 627 S. Adams St. Apt 8 |
| City and County | Spokane, Spokane |
| State and Zip Code | WA. 99204 |
| Telephone Number | (509) 714-1511 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Lonny Suko |
| Job or Title *(if known)* | US Senior Judge |
| Street Address | PO Box 2706 |
| City and County | Yakima, Yakima |
| State and Zip Code | WA. 98907 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Timmothy Ohms |
| Job or Title *(if known)* | US Assistant attorney |
| Street Address | PO Box 1497 |
| City and County | Spokane , Spokane |
| State and Zip Code | WA. 99210 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Frank Cikutovich |
| Job or Title *(if known)* | Court appointed Attorney |
| Street Address | 1408 W. Broadway |
| City and County | Spokane, Spokane |
| State and Zip Code | WA. 99201 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 USC 241

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Charles Lee Gillenwater, is a citizen of the State of *(name)* WA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Lonny Suko, is a citizen of the State of *(name)* WA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
    $ 100,000,000.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached page 6-9.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached pages 6-9.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/02/2018

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Charles Lee Gillenwater

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

III. Statement of the claim:

The court record, from case number 11 – CR – 121 – LRS, will conclusively demonstrate that Senior Judge Suko, AUS Attorney Ohms and Frank Cikutovich conspired to deprive Charles Gillenwater of his Fourth Amendment rights, as well protections against self-incrimination, when Judge Suko issued orders to US Probation, while the US attorney and court-appointed attorney approved, an order, which could not be followed without depriving Mr. Gillenwater of his rights, after being incarcerated in excess of the maximum sentence for the crime; this was a criminal act on their part, specifically, Title 18 USC 241.

With regard to claims that the defendants are expected to make regarding immunity, this petition asserts that the Rights Reserved for the People Clause of the U.S. Constitution is hereby invoked and asserts that it is the exclusive domain of the impartial jury to determine what conspiracy is with regard to a Seditious Conspiracy; additionally, because criminal activity by government officers, conducted in the course official duties is outside of the scope of their power, all claims of immunity are inappropriate and unavailable. US v. Lee, 106 US 196, "since an unconstitutional act, even if authorized by statute, was viewed as not authorized in contemplation of the law, there can be no immunity defense."

With regard to an evidentiary hearing to establish subject matter jurisdiction, personal jurisdiction and the appropriateness of venue, this petition asserts that he

attached page 6

has a due process right to such a hearing and that it should be conducted with briefs because of the complexity, number of the issues and because he is pro-se, so that a record can be maintained for appeal. Goldberg v. Kelly, 397 US 254, where the court established a principle that due process clause of the U.S. Constitution requires a full evidentiary hearing before a citizen can be deprived of rights.

This petition asserts a due process right to be informed by the court, and afforded an opportunity to rebut any presumption of the court's consideration of any presumption of constitutionality of any statute or court rule which may mandate or delegate discretionary power to dismiss this case under any circumstances.

This petition asserts a constitutional right, secured by the Petition the Government for the Redress of Grievances Clause of the U.S. Constitution, that the government has a responsibility to recognize this complaint as such.

This petition asserts a due process right for the court to employ Rule of Reason doctrine, the Sherbet test, the Turner test, the principles established in Matthews v. Eldridge relating to specific dictates of due process, the principles developed in Planned Parenthood v. Casey, related to Undue Burden doctrine, the principles established in Chevron v. National Resources Defense Council, related to exploring the reasonableness and permissibility of directives, the principles established in Anderson v. Liberty Lobby related to usurpation of jury

attached page 7

responsibility, the principles established in Firestone Tire and Rubber v. Bruch related to conflict of interest, the principles established in Marbury v. Madison and US v. Butler related to the Supremacy of constitutional clause over Congressional statute, when making any decision which can be reviewed for abuse of discretion.

IV.

Relief Sought:

1. Monetary damages are demanded in the amount of $100 million from each of the accused; the plaintiff in this case is entitled to monetary damages for punitive reasons, as it is important for all court officers in a criminal proceeding to understand that they will be financially punished for criminal activity, thus sustaining the integrity of the courts. The defendants are not entitled to an immunity defense as criminal activity, conducted in the course official duties, negates any claim of immunity. Court-appointed attorneys are government contractors and vulnerable to the consequences of a Bivins action.

2. That the jury will assume the duties of a grand jury and will unanimously issue a presentment or indictment against the defendants for the crimes for which they are accused. The plaintiff is entitled to this relief because the United Atty. has an inherent conflict of interest for a number of reasons, including desiring to maintain the reputation of the United States

attached page 8

government, a bias toward a fellow governmental employee, and in all probability, has been present in a courtroom where these alleged crimes were carried out by other judges, and thus those crimes were covered up by the United States attorney and who then becomes guilty of accessory after the fact and misprision of a felony.

3. Because all the parties are either officers of the court, or contractors for the judicial and executive branches of the US government, there is an inherent conflict of interest to issue summary determination related to criminal act issues, thus the jury will assign the plaintiff, Charles Lee Gillenwater, to act as the prosecution in all future criminal trials for Senior Judge Suko, AUS Atty. Ohms and court-appointed attorney Frank Cikutovich, which are related to these accusations, where the accused will be afforded all due process rights and determination of guilt or innocence will be made by an impartial civilian jury. The plaintiff is entitled to this relief for the reasons outlined above.